IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RANDALL ROLLE,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5201

Opinion filed December 16, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Randall Rolle, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of habeas corpus is dismissed. See Baker v. State, 878 So. 2d 1236, 1238 (Fla. 2004).

WOLF, RAY, and MAKAR, JJ., CONCUR.